■ In the Matter of ADRIAN PEART, Respondent, v DAVID PEART, Appellant. [635 NYS2d 504] —Appeal from an order of the Family Court, Kings County (Hepner, J.), dated June 22, 1994.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Judge Hepner at the Family Court. Sullivan, J. P., Thompson, Copertino, Krausman and Florio, JJ., concur.